Exhibit 1

US009529918B2

(12) **United States Patent**
Simhon et al.

(10) Patent No.: **US 9,529,918 B2**
(45) Date of Patent: **Dec. 27, 2016**

(54) **SYSTEM AND METHODS THEREOF FOR DOWNLOADING APPLICATIONS VIA A COMMUNICATION NETWORK**

(71) Applicant: **Doat Media Ltd.**, Tel Aviv (IL)

(72) Inventors: **Joey Joseph Simhon**, Ramat-Gan, IL (US); **Amir Taichman**, Haifa (IL); **Adam Kariv**, Tel Aviv (IL)

(73) Assignee: **Doat Media Ltd.**, Tel Aviv (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 316 days.

(21) Appl. No.: **14/103,500**

(22) Filed: **Dec. 11, 2013**

(65) **Prior Publication Data**

US 2014/0101127 A1     Apr. 10, 2014

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 13/712,563, filed on Dec. 12, 2012, now Pat. No. 9,141,702, and a continuation-in-part of application No. 13/156,999, filed on Jun. 9, 2011, now Pat. No. 9,323,844, said application No. 13/712,563 is a continuation of application No. 13/296,619, filed on Nov. 15, 2011.

(60) Provisional application No. 61/890,266, filed on Oct. 13, 2013, provisional application No. 61/822,376, filed on May 12, 2013, provisional application No. 61/653,562, filed on May 31, 2012, provisional application No. 61/468,095, filed on Mar. 28, 2011.

(51) **Int. Cl.**
        *G06F 17/30*          (2006.01)
(52) **U.S. Cl.**
        CPC ... *G06F 17/30867* (2013.01); *G06F 17/30684* (2013.01); *G06F 17/30716* (2013.01); *G06F 17/30864* (2013.01); *G06F 17/30893* (2013.01)

(58) **Field of Classification Search**
        CPC .............. H04L 67/306; G06F 17/30905; G06F 17/30716; G06F 17/30867; G06F 17/30864; G06F 3/0482; G06F 3/04817; G06F 3/04847; G06F 17/30684; G06F 17/30893
        USPC ........................................................ 707/706
        See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,911,043 A     6/1999   Duffy et al.
6,101,529 A     8/2000   Chrabaszcz
                (Continued)

OTHER PUBLICATIONS

Alice Corp V. CLS Bank International, 573 US__, 134 S. CT. 2347 (2014).

(Continued)

*Primary Examiner* — Evan Aspinwall
(74) *Attorney, Agent, or Firm* — M&B IP Analysts, LLC

(57)          **ABSTRACT**

A method and system for downloading at least one application via a communication network are provided. The method comprises receiving an input search query from a user device; determining the search intent respective of the input search query, wherein the search intent indicates a topic of interest of a user of the user device; selecting, based on the search intent, at least one application from at least one applications central repository; creating a display segment over a display of the user device; displaying an icon corresponding to the at least one selected application in the display segment; establishing a direct communication link between the user device and a location hosting the at least one selected application in response to an input received from the user device; and downloading the application to the user device.

**19 Claims, 4 Drawing Sheets**



**US 9,529,918 B2**

Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,484,162 | B1 | 11/2002 | Edlund et al. |
| 6,564,213 | B1 | 5/2003 | Ortega et al. |
| 6,605,121 | B1 | 8/2003 | Roderick |
| 7,266,588 | B2 | 9/2007 | Oku |
| 7,302,272 | B1 | 11/2007 | Ackley |
| 7,376,594 | B2 | 5/2008 | Nigrin |
| 7,461,061 | B2 | 12/2008 | Aravamudan et al. |
| 7,529,741 | B2 | 5/2009 | Aravamudan et al. |
| 7,533,084 | B2 | 5/2009 | Holloway et al. |
| 7,565,383 | B2 | 7/2009 | Gebhart et al. |
| 7,599,925 | B2 | 10/2009 | Larson et al. |
| 7,636,900 | B2 | 12/2009 | Xia |
| 7,774,003 | B1 | 8/2010 | Ortega et al. |
| 7,792,815 | B2 | 9/2010 | Aravamudan et al. |
| 7,797,298 | B2 | 9/2010 | Sareen et al. |
| 7,958,141 | B2 | 6/2011 | Sundaresan et al. |
| 7,966,321 | B2 | 6/2011 | Wolosin et al. |
| 7,974,976 | B2 | 7/2011 | Yahia et al. |
| 8,032,666 | B2 | 10/2011 | Srinivansan et al. |
| 8,073,860 | B2 | 12/2011 | Venkataraman et al. |
| 8,086,604 | B2 | 12/2011 | Arrouye et al. |
| 8,271,333 | B1 | 9/2012 | Grigsby et al. |
| 8,312,484 | B1 | 11/2012 | McCarty et al. |
| 8,571,538 | B2 | 10/2013 | Sprigg et al. |
| 8,606,725 | B1 | 12/2013 | Agichtein et al. |
| 8,718,633 | B2 | 5/2014 | Sprigg et al. |
| 8,799,273 | B1 | 8/2014 | Chang et al. |
| 8,843,853 | B1 | 9/2014 | Smoak et al. |
| 2004/0186989 | A1 | 9/2004 | Clapper |
| 2004/0229601 | A1 | 11/2004 | Zabawskyj et al. |
| 2005/0071328 | A1 | 3/2005 | Lawrence |
| 2005/0076367 | A1 | 4/2005 | Johnson et al. |
| 2005/0102407 | A1 | 5/2005 | Clapper |
| 2005/0108406 | A1 | 5/2005 | Lee et al. |
| 2005/0149496 | A1 | 7/2005 | Mukherjee et al. |
| 2005/0283468 | A1 | 12/2005 | Kamvar et al. |
| 2006/0031529 | A1 | 2/2006 | Keith |
| 2006/0064411 | A1 | 3/2006 | Gross et al. |
| 2006/0136403 | A1 | 6/2006 | Koo |
| 2006/0206803 | A1 | 9/2006 | Smith |
| 2006/0248062 | A1* | 11/2006 | Libes ................ G06F 17/30864 |
| 2006/0277167 | A1 | 12/2006 | Gross et al. |
| 2007/0011167 | A1 | 1/2007 | Krishnaprasad et al. |
| 2007/0082707 | A1* | 4/2007 | Flynt ..................... G06F 3/0481 |
| | | | 455/564 |
| 2007/0112739 | A1 | 5/2007 | Burns et al. |
| 2007/0174900 | A1 | 7/2007 | Marueli et al. |
| 2007/0204039 | A1 | 8/2007 | Inamdar |
| 2007/0239724 | A1* | 10/2007 | Ramer ............... G06F 17/30864 |
| 2007/0255831 | A1 | 11/2007 | Hayashi et al. |
| 2007/0300185 | A1 | 12/2007 | Macbeth et al. |
| 2008/0065685 | A1 | 3/2008 | Frank |
| 2008/0114759 | A1* | 5/2008 | Yahia ..................... G06Q 30/02 |
| 2008/0256443 | A1 | 10/2008 | Li et al. |
| 2009/0049052 | A1 | 2/2009 | Sharma et al. |
| 2009/0070318 | A1 | 3/2009 | Song et al. |
| 2009/0077047 | A1 | 3/2009 | Cooper et al. |
| 2009/0125482 | A1 | 5/2009 | Peregrine et al. |
| 2009/0210403 | A1 | 8/2009 | Reinshmidt et al. |
| 2009/0234814 | A1* | 9/2009 | Boerries ........... G06F 17/30864 |
| 2009/0239587 | A1 | 9/2009 | Negron et al. |
| 2009/0240680 | A1 | 9/2009 | Tankovich et al. |
| 2009/0277322 | A1 | 11/2009 | Cai et al. |
| 2009/0327261 | A1 | 12/2009 | Hawkins |
| 2010/0042912 | A1 | 2/2010 | Whitaker |
| 2010/0082661 | A1 | 4/2010 | Beaudreau |
| 2010/0094854 | A1 | 4/2010 | Rouhani-Kalleh |
| 2010/0106706 | A1 | 4/2010 | Rorex et al. |
| 2010/0257552 | A1 | 10/2010 | Sharan et al. |
| 2010/0268673 | A1 | 10/2010 | Quadracci |
| 2011/0072492 | A1 | 3/2011 | Mohler et al. |
| 2011/0078767 | A1 | 3/2011 | Cai et al. |
| 2011/0093488 | A1 | 4/2011 | Amacker et al. |
| 2011/0131205 | A1 | 6/2011 | Iyer et al. |
| 2011/0252329 | A1 | 10/2011 | Broman |
| 2011/0314419 | A1 | 12/2011 | Dunn et al. |
| 2012/0198347 | A1 | 8/2012 | Hirvonen et al. |
| 2013/0132896 | A1 | 5/2013 | Lee et al. |

OTHER PUBLICATIONS

Notice of the First Office Action for Chinese Patent Application No. 201280004300.6, State Intellectual Property Office of the P.R.C., dated Oct. 26, 2016.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

US 9,529,918 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# SYSTEM AND METHODS THEREOF FOR DOWNLOADING APPLICATIONS VIA A COMMUNICATION NETWORK

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. provisional application No. 61/890,266 filed on Oct. 13, 2013 and U.S. provisional application No. 61/822,376 filed on May 12, 2013. This application is also a continuation-in-part of U.S. patent application Ser. No. 13/712,563 filed on Dec. 12, 2012. The Ser. No. 13/712,563 application claims the benefit of U.S. provisional patent application No. 61/653,562 filed on May 31, 2012, and is a continuation-in-part application of U.S. patent application Ser. No. 13/156,999 filed on Jun. 9, 2011, which claims the benefit of U.S. provisional patent application No. 61/468,095 filed Mar. 28, 2011 and U.S. provisional application No. 61/354,022 filed Jun. 11, 2010. The Ser. No. 13/712,563 application is also a continuation-in-part application of U.S. patent application Ser. No. 13/296,619 filed on Nov. 15, 2011. The contents of the above-referenced applications are incorporated herein by reference.

## TECHNICAL FIELD

The invention generally relates to techniques for searching for mobile applications ("apps") to provide to a user, and more specifically to techniques for searching for applications based on the intent of a user.

## BACKGROUND

The use of mobile devices such as smart phones, mobile phones, tablet computers, and other similar devices has significantly increased in the past years. Such mobile devices allow access to a variety of application programs also known as "applications" or "apps."

The applications are usually designed to help a user of a mobile device in performing a specific task. Applications may be bundled with the computer and its system software, or may be accessible and sometimes downloadable from a central repository such as, for example, the App Store™ by Apple®, and the like.

Through the central repositories hosting applications, users are able to search for applications using search engines. When a user finds a desired application, a link is provided through which the application is downloaded to the mobile device. The applications are sometimes downloadable straight from the repository.

In the central repositories, applications are typically organized according to different categories, such as books, games, educational applications, and so on. A user can start the search for an application by first selecting a category of interest and then navigating through the applications listed under the selected category. To narrow the search a user can filter the listed applications in the selected category to 'paid,' 'free, ' and 'top rated' applications. Alternatively, the user can search for applications using keywords. However, in such a case the user needs to know at least the name of the desired application, as the search results include all applications that the input keyword exists in. For example, the keyword 'ticket' would return a list of applications that offer tickets for movies, sport events, and concerts in different cities around the world. If the user who searched by the keyword "ticket" is interested only in movie tickets for a local theater, the user will need to review a list of irrelevant applications to find an application related to his particular desired topic. The order of the applications presented to the user is usually not based on the relevancy to the user. Thus, the process for searching for an application is very time consuming, as the process requires navigation through tens or hundreds of applications. This longevity of the process occurs because, among other causes, the applications retuned in response to the search are commonly promoted by the repository's owner, even if such applications do not meet the exact user's needs or intent.

It would therefore be advantageous to provide an application search solution that overcomes the limitations of current search solutions as discussed above.

## SUMMARY

Certain embodiments disclosed herein include a method for downloading at least one application via a communication network. The method comprises: receiving an input search query from a user device; determining the search intent respective of the input search query, wherein the search intent indicates a topic of interest of a user of the user device; selecting, based on the search intent, at least one application from at least one applications central repository; creating a display segment over a display of the user device; displaying an icon corresponding to the at least one selected application in the display segment; establishing a direct communication link between the user device and a location hosting the at least one selected application in response to an input received from the user device; and downloading the application to the user device.

Certain exemplary embodiments disclosed herein also include a system for downloading at least one application via a communication network. The system comprises: a network interface configured to receive an input search query from a user device; a processor; and a memory connected to the processor and configured to contain a plurality of instructions that, when executed by the processor, configure the system to: a memory connected to the processor and configured to contain a plurality of instructions that, when executed by the processor, configure the system to: determine the search intent respective of the input search query, wherein the search intent indicates a topic of interest of a user of the user device; select, based on the search intent, at least one application from at least one applications central repository; create a display segment over a display of the user device; display an icon corresponding to the at least one selected application in the display segment; responsive to an input received from the user device, establish a direct communication link between the user device and a location hosting the at least one selected application; and download the application to the user device.

## BRIEF DESCRIPTION OF THE DRAWINGS

The subject matter disclosed herein is particularly pointed out and distinctly claimed in the claims at the conclusion of the specification. The foregoing and other objects, features and advantages of the invention will be apparent from the following detailed description taken in conjunction with the accompanying drawings.

FIG. 1 is a schematic diagram of a system utilized to describe certain embodiments disclosed herein.

3

FIG. **2** is a flowchart describing the operation of downloading applications to a user device according to an embodiment.

FIG. **3** is a schematic block diagram of an intent detection unit (IDU) for detecting a search intent of a user according to an embodiment; and

FIG. **4** is a flowchart describing the operation of detecting a search intent of a user according to an embodiment.

DETAILED DESCRIPTION

The embodiments disclosed herein are only examples of the many possible advantageous uses and implementations of the innovative teachings presented herein. In general, statements made in the specification of the present application do not necessarily limit any of the various claimed embodiments. Moreover, some statements may apply to some inventive features but not to others. In general, unless otherwise indicated, singular elements may be in plural and vice versa with no loss of generality. In the drawings, like numerals refer to like parts through several views.

FIG. **1** depicts an exemplary and non-limiting schematic diagram of a system **100** utilized to describe certain disclosed embodiments. As illustrated in FIG. **1**, a user device **110** is communicatively connected to a network **120**. The user device **110** may be, but is not limited to, a personal computer (PC), a laptop, a tablet computer, a mobile phone, a smart phone, a portable device having a processing unit integrated therein, and the like.

The network **120** may be, but is not limited to, a local area network (LAN), a wide area network (WAN), a metro area network (MAN), the world wide web (WWW), the Internet, a wired network, a wireless network, and the like, as well as any combination thereof. Also communicatively connected to the network **120** is a search server **130**, an intent detection unit (IDU) **140**, a plurality of applications repositories **150**, a plurality of web sources **160-1** through **160-o**, and a database **170**. In an embodiment, the IDU **140** may be integrated in the search server **130**.

The applications repositories **150** are web sources that contain links to web sources **160-1** through **160-o**, through which applications can be downloaded to the user device **110**. According to another embodiment, the applications may be downloadable directly from the applications repositories. Examples of applications repositories **150** are the AppStore®, Google Play® and the like. The web sources **160** may include "cloud-based" applications, that is, applications executed by servers in a cloud-computing infrastructure such as, but not limited to, a private-cloud, a public-cloud, or any combination thereof. The cloud-computing infrastructure is typically realized through a data center.

According to one embodiment, the database **170** includes an index of applications that can be downloaded from applications central repositories. Each application is indexed using a corresponding identification tag or name. In addition, the index contains a corresponding rank in the respective data repository and a URL from which the application be downloaded for each application. The index can be organized according to the different operating systems that the applications are programmed to be executed on. For example, an index can be organized to separately list applications programmed to run on iOS®, on Android®, and on Windows® operating system.

The search server **130** is configured to search for applications that would best match a user of the device **110**. To this end, the search server **130** receives an input search query from the user device. The input search query may be a text

4

query, a portion of a text query, or a voice query. Then, the server **130** is configured to send the received query to the IDU **140** to determine the search intent of a user of the user device **110**. The search intent represents the type of content, the content, and/or actions that currently may be of an interest to the user.

Specifically, the intent represents an application category and/or application name that would best match the user's input query. In one embodiment, the intent is implicitly determined ("implicit intent") based on environmental variables and/or personal variables, received from the user device **120**. An environmental variable includes, for example, a temperature, a location, a set of GPS coordinates, a current time, the user device **110**'s movement, and so on. A personal variable includes, for example, the user profile, demographic information, the user's preferences, and so on.

In an exemplary embodiment, the process for determining the implicit intent includes receiving personal variables and/or environmental variables from a user device; analyzing each of the personal variables and/or environmental variables to determine their context; correlating the personal variables and/or environmental variables based on their respective context; and using the correlation results to derive at least a category of interest. The category of interest is determined to be the intent. As an example, if the user enters the query "eat" and the environmental variables are the current time (e.g., 8 A.M.) and a location of a train station, then the implicit intent would be to search for "restaurants for breakfast." The process for determining the implicit intent is further discussed in described in co-pending U.S. patent application Ser. No. 13/712,563 filed on Dec. 12, 2012, titled "METHOD FOR DYNAMICALLY DISPLAYING A PERSONALIZED HOME SCREEN ON A DEVICE", assigned to common assignee, and which is hereby incorporated by reference for all that it contains.

It should be noted that the IDU **140** is configured to determine search intent only based on the input query (hereinafter "explicit intent") as discussed below with reference to FIGS. **3** and **4** as well as to determine the implicit intent as noted above. The search intent as determined by the IDU **140** is provided to the search server **130**.

Respective of the determined search intent (the explicit intent, implicit intent, or both) one or more applications are selected for download to the user device from the applications repositories **150**. In an embodiment, the search engine first searches for applications that match the search intent in the application index stored in the database. If at least one application is found, the search server **130** downloads the application from a location indicated by the application's URL as saved in the index. If a matching application cannot be found in the index, then the search engine searches for the application in the applications repositories **150** and the web sources **160**.

Upon selection of at least one application (i.e., an application that matches the intent), a dynamic display segment is created on the user device. An icon of the selected application is displayed over the created dynamic display segment. Thereafter, upon identification of an input received from the user device **110-1** respective of at least one representative icon, the server **130** is configured to establish a direct communication link between the user device and the location that stores the selected application and initiates the download of the application to the user device. According to one embodiment, the input received from the user device **110** is a user's gesture. The user's gesture may be, for example, a scroll on the application icon, a tap on the application icon, and the like. The location storing the

US 9,529,918 B2

5

downloaded application may be one or more of the web sources **160** and the application repositories **150**.

In a non-limiting embodiment, the system **100** may further include an agent **115** installed locally on the user device **110**. The agent **115** is configured to facilitate communication with the search server **130**. In an embodiment, the agent **115** is realized as an application (mobile app), wherein instructions of such an application are saved in a memory and executed by a processor of the user device **110**. It should be noted that the one user device **110** is illustrated in FIG. **1** only for the sake of simplicity and without limitation on the generality of the disclosed embodiments.

FIG. **2** depicts an exemplary and non-limiting flowchart **200** of a method for downloading applications to a user device according to one embodiment. In S**210**, at least one search query or a portion thereof is received from a user device. The query is received at a search server. The user device typically communicates additional information to the server, such as an operation system type, a user identifier, and the like. The input query can be a text query or a voice query, and the text query may be a free text query or a structured query.

In S**220**, the search intent of a user of the user device **110** is determined. The search intent may be an implicit intent and/or an explicit intent, as further described and below with respect to FIGS. **3** and **4**. As discussed above, the implicit intent may be determined by the IDU **140** based solely on the at least one variable and respective thereto. In such an embodiment, the search intent can be determined using an implicit query, or with no query at all.

In S**230**, at least one application is selected to match the determined search intent. The search can be performed against an index of applications or applications repositories **150-1** through **150-*m***. In addition to searching based on the intent, the search is performed only for applications that their execution can be supported by the operating system of the server device.

In S**240**, a dynamic display segment is created on the user device. At least one icon corresponding to the at least one selected application is displayed on the user's segment. In S**250**, at least one input is received from the user device **120** that the user wishes to install the at least one selected application. Such an input may be, for example, a user tapping on the displayed icon. If the user decides not to the downloaded application that a new icon of another matching application can be displayed in the segment display. If no applications are available execution continues with S**280**.

In S**260**, respective of the selection, a direct communication link is established between a source of the at least one selected application and the user device to initiate the application download to the device.

In S**270**, the at least one application is downloaded to the user device **110**. According to one embodiment, in S**270** the application may further be installed and/or executed on the user device **110**. In S**280**, it is checked whether there are additional queries and if so, execution continues with S**220**; otherwise, execution terminates.

An application discussed herein includes, but is not limited to, a native application (also known as "Internet mobile application") and a web application. A native application is any software application that runs on a user device **120** and can, but is not required to, be accessed using the Internet or via a connection to the Internet. Typically, a native application is installed on smart phones or tablet computers (Apps for Apple's iPhone® and iPAD®). Examples of native applications include applications that play movies, applications that download songs, applications through which a

6

user can order a pizza, applications through which a user can request an electrician to make a house call, and the like. A web application is any application that can be accessed on the World Wide Web (WWW) via a web browser. Typically, a web application is executed by a web server and the user's device (client) receives the processing results such as, for example, a web application for booking flight tickets.

FIG. **3** depicts an exemplary and non-limiting schematic diagram of the IDU **140** according to an embodiment. The IDU **140** includes a network interface **142**, a tokenizer **144**, a plurality of engines **146-1** through **146-N**, an analyzer **148**, and a memory **149**. The network interface **142** provides connectivity to the network **120** and is configured to receive queries from the search server **130** or directly from a user device **110**. The network interface **142** may further be used to communicate with the database **150** to retrieve information therefrom. The elements of the IDU **140** are communicatively coupled using a communication bus **143**.

The tokenizer **144** is configured to tokenize an input query to units of information (tokens). The tokenizer **144** arranges the tokens in tokenized paths to enable efficient processing by the engine **146**. Each token may be, but is not limited to, a word or a series of words, or a number or a series of numbers. According to one embodiment, the tokenizer **144** may also include a filtering unit (not shown) for filtering the input query. The input queries can be classified to three different types: definitive, fuzzy, and noisy. A definitive query is short and is mapped to known entities or keywords. A fuzzy query contains a combination of known entities and keywords that are uncorrelated to the known entities. Noisy queries cannot be mapped to known entities, or are long and complex. According to the disclosed embodiments, an entity is an "object" in the world that can be defined with known types and attributes. Entities may be, for example, products, people, locations, companies, music bands, popular keywords, applications, zip codes, and query components. Each entity can be associated with one or more classifications describing its essence. For example, an entity 'Madonna' can be associated with the classifications singer, actor, and celebrity.

The filtering process is designed to simplify at least fuzzy and noisy queries. The filtering process may include removing one or more unnecessary tokens (such as preposition words) from the query. As an example, if the received query is "where there in Tolsa", the word "in" may be removed from the query if the determined to be unnecessary. A list of unnecessary tokens is defined in a semantic dictionary maintained in the database **150** or the memory **149**.

The tokenized paths created by the tokenizer **144** are based on the fact that the coherent query typically includes a set of tokens (map to entities as defined above) that represent similar intents. According to one embodiment, any ambiguity between paths is resolved by using the most coherent and probable path among all possible tokenized paths. In one embodiment, a graph of connections between entities (e.g., singers connected to their songs) is utilized to evaluate the likelihood of a certain tokenized paths yielding the user's intended search result based on the connection of tokens (mapped to entities) in the same query. For example, the input query "madonna vogue" includes two tokens "madonna" and "vogue", where the tokenized path is that the entire query deals with music, rather than a Vogue magazine article ("Vogue" is both the name of a Madonna song and the title of a magazine).

Each engine of the plurality of engines **146** is configured to handle different one or more topics of interest. In one embodiment, a set of engines **146** are configured to map

US 9,529,918 B2

7

8

input tokenized paths or tokens (hereinafter tokenized queries) to entities. As noted above entities are objects that can be defined using a set of attributes such as consumer goods, locations, keywords, mobile applications (apps), person names, questions, URLs, and so on.

As a non-limiting example, an engine **146** that is configured to handle locations, search for place names (cities, states, countries) in the tokenized query, and compute the probability that the user added a location to in their input queries. As another non-limiting example, an engine **146** that handles the names of people computes the probability that a given n-gram in the tokenized query is the name of an unknown person. Such an engine uses a frequency dictionary for common names versus common words, and common last name suffixes. In the fields of computational linguistics and probability, an n-gram is a contiguous sequence of n items from a given sequence of text or speech.

As another non-limiting example, an engine **146** that handles URLs is configured to include a list of URLs, domain names, and websites, and to compute the probability that the tokenized query includes a website name. As another non-limiting example, an engine **146** computes the probability that the tokenized query includes a question word, thereby determining the probability that the entire input query is a question. This is performed using pattern matching.

According to one embodiment, the probability may be computed based on at least one of: the frequency of appearance of the tokenized query within the entities by the engines, the correlation of the tokenized query to the entities, the matching between each of the tokens to the entities, the matching of the tokenized query to a plurality of search results received from an external search engine, the correlation to trend reports, and combinations thereof. As noted above, entities represent topics of interests.

The engines **146** are periodically updated with relevant content and are therefore consistent with the trends related to the respective topics. As a non-limiting example, the entities are updated by periodically downloading an index of entities from external sources (e.g., freebase.org) and names relevant mobile apps that can be periodically downloaded from central repositories of such applications, e.g., AppStore®.

In one embodiment, trends or popularity reports of certain keywords or queries are retrieved from external sources. Such reports can be input to engines **146** and can be utilized in part to compute the probability of a certain entity. For example, a trend report shows that a keyword "JFK airport" is currently trendy, so the probability computed for the location JFK airport would be higher than the probability computed for the person President John F. Kennedy.

Each engine of the plurality of engines **146** then provides an output respective of the tokenized query. Such output includes the mapped entity from the engine **146** and a certainty score for the tokenized query based on the probability computed for the entity handled by a respective engine. That is, each certainty score reflects the matching of the tokenized query to the topic of which the corresponding engine handles. In an exemplary embodiment, the certainty score is an integer number between 0 and 10. In one embodiment, a certainty score that does not exceed a predefined threshold is not output by the engine **146**.

The outputs of the engines **146** are then analyzed by an analyzer **148** and the search intent is determined respective to the analysis. The analysis of the analyzer **148** may include: a statistical analysis, a semantic analysis, analysis of the user experience, and combinations thereof. The statistical analysis determines the co-occurrence of the tokens within the topics of interest of the engine. The semantic analysis determines at least one of: the type of each of the one or more tokens, the correlation between each of the tokens and the topic of interest of the engine, and a combination thereof.

The statistical analysis is performed to determine, based on the certainty scores, which entities would best describe the search intent of an input query. This may include statistically combining the outputs from engines **146**. In another embodiment, the statistical analysis including computing an average over the received certainty scores and considering entities with certainty scores over the computed average. The semantic analysis determines which of the combination of tokens mapped to entities describes a coherent query (or phrase).

The user intent is then sent to the search server **130** in order to provide the user with appropriate search results. It should be noted that each of the units may include a processor coupled to a memory (both are not shown).

As a non-limiting example, the words "March madness" are received as a query by the network interface **142**. The query is tokenized by the tokenizer **144** to the tokenized queries "March", "madness" and "March madness". The tokenized queries are then sent to a plurality of engines **146**. An engine (e.g., engine **146-1**) that handles dates will provide a high certainty score (e.g., 10) for the word "March" and the certainty of this word as the 3rd Month of the year, but this engine **146-1** will not provide an output for the tokenized queries "madness" and "March Madness", or otherwise the computed score is below a predefined threshold. An engine (e.g., engine **146-2**) that handles a music entity will provide a high certainty score (e.g., 7) for the word "madness" and the certainty of this word as the name of a Music band, but engine **146-2** will not provide an output for the tokenized queries "March" and "March Madness." An engine (e.g., engine **146-3**) that handles a basketball will output a high certainty score (e.g., 10) for the tokenized query "March Madness" and the certainty of this combination of words as a basketball related phrase. Respective thereto the search intent is determined to be basketball, as a coherent query is comprised of entities that best represent the intent.

FIG. **4** depicts an exemplary and non-limiting flowchart **400** of a method for detecting a search intent of a user submitting a search query according to one embodiment. In S**410**, a query, or a portion thereof is received from a user device, for example the user device **110**. The input query can be a text query or a voice query, and the text query would include a free text query or a structured query. In an embodiment, the user device is a hand held device. Therefore, in that embodiment, the user tends to type shorter queries as it is often inconvenient to type long phrases using hand held devices.

In S**420**, the received query is tokenized to one or more tokenized queries. A tokenized query may be any combination of tokens broken from the input query. A token may be a word or phrase that appears in the input query. In an embodiment, S**420** is performed by the tokenizer **146**. In S**430**, the tokenized queries are input to the plurality of engines **146-1** through **146**-N. In S**435**, each engine computes the probability that a tokenized query is mapped to at least entity that the engine is configured with. An entity represents a topic of interest. Various examples of engines and their entities are discussed above. The probability computation is realized by a certainty score. In S**440**, each of the engines **146-1** through **146**-N provides at least one entity

9                                                                                                10

together with a certainty score. As an example, the tokenized query 'madonna' can be mapped to the entities: 'musician' and 'religious figure'. As noted above, in an embodiment, certainty scores below a predefined threshold are not output by the engines. In S450, at least a statistical analysis, a semantic analysis, or both is performed on at least the certainty scores and entities received from the engines to determine the search intent of the user. In S460, the determined search intent is returned to a search server. In an embodiment, the tokenized queries and the search intent are saved in the memory 149. In S470, it is checked whether a new query is received, and if so execution continues with S410; otherwise, execution terminates.

The various embodiments may be implemented as hardware, firmware, software, or any combination thereof. Moreover, the software is preferably implemented as an application program tangibly embodied on a program storage unit or tangible computer readable medium consisting of parts, or of certain devices and/or a combination of devices. The application program may be uploaded to, and executed by, a machine comprising any suitable architecture. Preferably, the machine is implemented on a computer platform having hardware such as one or more central processing units ("CPUs"), a memory, and input/output interfaces. The computer platform may also include an operating system and microinstruction code. The various processes and functions described herein may be either part of the microinstruction code or part of the application program, or any combination thereof, which may be executed by a CPU, whether or not such computer or processor is explicitly shown. In addition, various other peripheral units may be connected to the computer platform such as an additional data storage unit and a printing unit. All or some of the servers maybe combined into one or more integrated servers. Furthermore, a non-transitory computer readable medium is any computer readable medium except for a transitory propagating signal. The display segments and mini-display segments may be shown on a display area that can be a browser or another other appropriate graphical user interface of an internet mobile application, either generic or tailored for the purposes described in detail hereinabove.

All examples and conditional language recited herein are intended for pedagogical purposes to aid the reader in understanding the principles and the concepts contributed by the inventor to furthering the art, and are to be construed as being without limitation to such specifically recited examples and conditions. Moreover, all statements herein reciting principles, aspects, and embodiments, as well as specific examples thereof, are intended to encompass both structural and functional equivalents thereof. Additionally, it is intended that such equivalents include both currently known equivalents as well as equivalents developed in the future, i.e., any elements developed that perform the same function, regardless of structure.

What is claimed is:

**1**. A method, implemented by a computing device, for causing at least one application to be downloaded via a communication network, comprising:

receiving, via the communication network, an input search query from a user device;

determining the search intent based on the input search query;

selecting, based on the search intent, at least one application from at least one applications central repository;

causing an icon corresponding to the at least one selected application to be displayed on a display of the user device;

receiving via the communication network an input from the user device indicating a particular one of the at least one selected application;

causing establishment of a direct communication link between the user device and a location hosting the particular one of the at least one selected application in response to an input received from the user device; and

causing initiation of a download of the particular one of the at least one selected application to the user device over the direct communication link.

**2**. The method of claim **1**, wherein the input received from the user device is provided responsive to a user gesture.

**3**. The method of claim **1**, wherein determining a search intent further comprising:

determining an implicit intent and an explicit intent.

**4**. The method of claim **3**, wherein determining the implicit intent further comprising:

receiving at least one environmental variable and at least one personal variable from the user device; and

analyzing each of the received at least one personal variable and the at least one environmental variable to determine their context;

correlating each of the received at least one personal variable and at least one environmental variable based on their respective context; and

deriving at least a category of interest based on the correlation results, wherein the category of interest is determined to be the implicit intent.

**5**. The method of claim **3**, wherein determining the explicit intent further comprising:

tokenizing the input search query to at least one token to create at least one tokenized query;

processing the at least one tokenized query via a plurality of engines, wherein each engine of the plurality of engines is configured to compute a certainty score that indicates a probability that the at least one tokenized query is mapped to at least one entity, wherein each engine of the plurality of engines is further configured to correspond to at least one entity indicating a topic of interest, thereby the plurality of engines are configured with different entities;

receiving from a set of engines of the plurality of engines their respective entities and computed certainty scores, wherein the set of engines output computed certainty scores above a predefined threshold; and

analyzing the received certainty scores and the respective entities to determine the search intent.

**6**. The method of claim **5**, wherein analyzing the received certainty scores and the respective entities includes at least one of: a statistical analysis, and a semantic analysis of the received certainty scores and the respective entities to determine which combination of the entities result in a coherent query.

**7**. The method of claim **1**, wherein selection the at least one application further comprising:

searching an index of applications for at least one application that matches the determined search intent.

**8**. The method of claim **7**, wherein the at least one selected application is compatible with an operating system of the user device.

**9**. A non-transitory computer readable medium having stored thereon instructions for causing one or more processing units to execute the method according to claim **1**.

**10**. The method of claim **1**, further comprising:

US 9,529,918 B2

11

instigating a display segment to be created in which the icon corresponding to the at least one selected application is to be displayed on the display of the user device.

**11**. A system for causing to be downloaded at least one application via a communication network, comprising:

a network interface configured to receive via the communication network an input search query from a user device;

a processor;

a memory connected to the processor and configured to contain a plurality of instructions that when executed by the processor configure the system to:

determine the search intent based on the input search query, wherein the search intent indicates a topic of interest of a user of the user device;

select, based on the search intent, at least one application from at least one applications central repository;

cause an icon corresponding to the at least one selected application to be displayed on a display of the user device;

responsive to an input received from the user device via the communication network, cause a direct communication link to be established between the user device and a location hosting the particular one of the at least one selected application; and

cause initiation of a download of the particular one of the at least one selected application to the user device over the direct communication link.

**12**. The system of claim **11**, wherein the input received from the user device is provided responsive to a user gesture.

**13**. The system of claim **12**, wherein the system is further configured to:

determine an implicit intent and an explicit intent.

**14**. The system of claim **13**, wherein the system is further configured to:

receive at least one environmental variable and at least one personal variable from the user device;

analyze each of the received at least one personal variable and the at least one environmental variable to determine their context;

correlate each of the received at least one personal variable and at least one environmental variable based on their respective context; and

12

derive at least a category of interest based on the correlation results, wherein the category of interest is determined to be the implicit intent.

**15**. The system of claim **13**, wherein the system is further configured to:

tokenize the input search query to at least one token to create at least one tokenized query;

process the at least one tokenized query by a plurality of engines, wherein each engine of the plurality of engines configured to compute a certainty score that indicates a probability that the at least one tokenized query is mapped to at least one entity, wherein each engine of the plurality of engines is further configured with at least one entity indicating a topic of interest, thereby the plurality of engines are configured with different entities;

receive from a set of engines of the plurality of engines their respective entities and computed certainty scores, wherein the set of engines output computed certainty scores above a predefined threshold; and

analyze the received certainty scores and the respective entities to determine the search intent.

**16**. The system of claim **15**, wherein the analysis of the received certainty scores and the respective entities includes at least one of: a statistical analysis and a semantic analysis of the received certainty scores and the respective entities to determine which combination of the entities result in a coherent query.

**17**. The system of claim **11**, wherein the system is further configured to:

search an index of applications for at least one application that matches the determined search intent.

**18**. The system of claim **17**, wherein the at least one selected application is compatible with an operating system of the user device.

**19**. The system of claim **11**, wherein the system is further configured to:

instigate a display segment to be created in which the icon corresponding to the at least one selected application is to be displayed on the display of the user device.

*   *   *   *   *