Exhibit 3

EVIDENCE OF USE FOR U.S. PATENT NO. 9529918

Title: System and methods thereof for downloading applications via a communication network

Application No.: US14/103,500

Filing Date: November 12, 2013

Issue Date: December 27, 2016

**Accused Product:**

OnePlus 10 Pro 5G



Source: https://www.oneplus.com/10-pro

1

**Evidence of Use**

| Claim Language | Evidence of Infringement |
|---|---|
| 1. A method, implemented by a computing device, for causing at least one application to be downloaded via a communication network, comprising:<br><br>receiving, via the communication network, an input search query from a user device; | OnePlus smartphones (such OnePlus 10 pro) ("user device") has pre-installed Google Play store which is an online store that provides different apps such as gaming, movies, TV shows, etc. to the user. The user can download apps from the Play Store to their devices.<br><br><br><br><br>**Install apps from Play Store**<br>It is advisable to download and install apps from Play Store, which is available on your device.<br>Open Play Store to search for apps using key words or on screen.<br>● Tap the app icon to view application details.<br>● Tap **Install** to download and install apps.<br>\* It is advisable to download apps on a Wi-Fi network.<br><br>Source: https://oneplussupport.s3.amazonaws.com/OnePlus+10+Pro/OnePlus+10+Pro+User+Manual- |

| Claim Language | Evidence of Infringement |
|---|---|
| | EN.pdf Page 12 of 123<br><br>**Google Play**<br><br>**Get Android apps & digital content from the Google Play Store**<br><br>You can install apps, games, and digital content on your device from the Google Play Store. Sometimes you can also use instant apps that don't require installation. Some content is available at no charge, and some you need to buy.<br><br>Apps are designed for use with supported Android and Chromebook devices and can't be used on Windows or Mac computers.<br><br>**Find & download apps or digital content**<br><br>1. On your device, open Google Play Store ▶ or visit the Google Play store ↗ on a web browser.<br>2. Search or browse for content.<br>3. Select an item.<br>4. Select **Install** or the item's price.<br>5. Follow the on-screen instructions to complete the transaction and get the content.<br><br>Source: https://support.google.com/googleplay/answer/113409?hl=en&ref_topic=2450266 |

3

| Claim Language | Evidence of Infringement |
|---|---|
|  | Google Play store requires internet connection (a communication network) for searching and downloading of the apps on the Oneplus smartphones devices.<br><br>**Fix problems downloading apps from the Play Store**<br><br>Check that you have a strong Wi-Fi or mobile data connection<br><br>- Make sure you have a strong internet connection.<br>- It's best if you can connect to a Wi-Fi network.<br>- If you don't have access to Wi-Fi, make sure you have a strong mobile data connection.<br><br>After you check your internet connection, try your download again. To get more help with connection problems, go to Fix internet connection problems on Android devices.<br><br>Source: https://support.google.com/googleplay/answer/7513003?hl=en#zippy=%2Ccheck-that-you-have-a-strong-wi-fi-or-mobile-data-connection |

| Claim Language | Evidence of Infringement |
|---|---|
| determining the search intent based on the input search query;<br><br>selecting, based on the search intent, at least one application from at least one applications central repository;<br><br><br>**Specification Support**<br><br>*Respective of the determined search intent (the explicit intent, implicit intent, or both) one or more applications are selected for download to the user device from the applications repositories 150. In an embodiment, the search engine first searches for applications that match the search intent in the application index stored in the database.* | Google Play store determines the search intent based on the user input search query. For example, Play Store provides chat applications to the user based on the input query 'messaging app'.<br><br>**App Discovery and Ranking**<br><br>**A. User relevance**<br>We want to show people content that is relevant to them. The starting point is to determine which Google Play surface the user is on, and ensure apps are relevant and available. For example, some apps are only available in certain countries or compatible with certain devices (including specific form factors), such as Android TV.<br>To return relevant content to users, we also need to establish what they are looking for. We may determine user intent by implicit or explicit signals. For example, if a user visits a specific destination, such as the "Kids" tab (learn more about our Teacher Approved program), they are expressing an interest in seeing only apps for kids, and by visiting the "Editors' Choice" tab, they are expressing an interest in seeing only apps recommended by Google Play's editors. |

| Claim Language | Evidence of Infringement |
|---|---|
| US Patent No. 9529918 at col. 4, lines 42 – 47 | When the user is using the search functionality, we need to establish the intent behind their query. We do this by deciphering the words typed and trying to determine if the user is looking for a specific app (by typing what we detect as the name of the app) or a category of apps (for example, racing games). This may include identifying other words, such as synonyms, to consider the appropriate set of results. Once we establish intent, metadata (for example, title, description, category) and other signals are used to determine which apps best address the user's query. When an intent is narrow (such as an exact title search), we try to return that title. However, as an intent becomes broader (for example, a search for "photo editing"), many apps may be relevant. Google Play may factor in other signals which we believe will help users find apps that they will have better experiences with, such as the other factors described below (for Source: https://support.google.com/googleplay/android-developer/answer/9958766?hl=en When the user provides an input search query as 'Messaging app', the Play store provides different apps related to messaging from the Google server. |

| Claim Language | Evidence of Infringement |
|---|---|
| selecting, based on the search intent, at least one application from at least one applications central repository; | <br><br>Source: Snapshots from hands-on testing on an Android smartphone.<br>Google server stores different applications that are displayed in the Play store. Users need to have a suitable internet connection to access apps from the Play Store. In absence of network, "No connection" is displayed to the user. |

| Claim Language | Evidence of Infringement |
|---|---|
| causing an icon corresponding to the at least one selected application to be displayed on a display of the user device; | **How Fast is a Google server ?**<br>**Google Uses About 900,000 Servers**<br><br>Source: https://medium.com/@aniereobisolo/how-fast-is-a-google-server-855fa5431813<br><br>**Fix: Google Play "Server Error" and "No Connection"**<br><br>Google has made it easier to identify errors related to Google Play Store by providing various error codes designed to point users in the right direction. But so far, not all issues have an error code. This is the case with Play Store's "**Server Error**" or "**No Connection**" errors. Although they seem like two different types of errors, they signal the same thing.<br><br>"Server Error" might appear due to a wide array of factors. Here's a list of the most common causes:<br>+ incorrect date and time<br>+ wrong Google Play Store language<br>+ glitched Google account<br>+ bad Wi-Fi connection or configuration<br><br>Source: https://appuals.com/fix-google-play-server-error-no-connection/<br><br>Google Play store displays app icons on the user's device as search results after the user performs search functionality to search any particular application. |

8

| Claim Language | Evidence of Infringement |
|---|---|
| | **B. Quality of the app experience**<br>We combine both manual signals and algorithmic methods to ensure that the apps we recommend to users are high quality. "App quality" is not only a function of the experience within the app itself but also key elements of the pre-install experience, such as the app's icon, title, screenshots, videos, description and links. These should aid the user decision-making experience and provide a good representation of the app and its characteristics. The customer support experience the developer provides can also be relevant. Other factors that may help indicate that an app is high-quality include whether the app:<br><br>Source: https://support.google.com/googleplay/android-developer/answer/9958766?hl=en<br><br>**Get discovered on Google Play search**<br>**Graphic and Image Assets**<br>App icons, images, and screenshots help make your app stand out in search results, categories, and featured app lists.<br><br>While not all graphic assets are required in your store listing, it is recommended to add quality screenshots that showcase your app's supported platforms (for example, phone, 7-inch tablet, 10-inch tablet).<br><br>Source: https://support.google.com/googleplay/android-developer/answer/4448378?hl=en |

9

| Claim Language | Evidence of Infringement |
|---|---|
| receiving via the communication network an input from the user device indicating a particular one of the at least one selected application; | 

Source: Snapshots from hands-on testing on an Android smartphone.

To download any application in the Play store, the user needs to click on the app icon (an input from the user device) and select 'Install' |

| Claim Language | Evidence of Infringement |
|---|---|
| | **Find & download apps or digital content**<br>1. On your device, open Google Play Store ▶ or visit the Google Play store ↗ on a web browser.<br>2. Search or browse for content.<br>3. Select an item.<br>4. Select **Install** or the item's price.<br>5. Follow the on-screen instructions to complete the transaction and get the content.<br>Source: https://support.google.com/googleplay/answer/113409?hl=en&ref_topic=2450266<br><br>**Fix problems downloading apps from the Play Store**<br><br>Check that you have a strong Wi-Fi or mobile data connection ⌃<br><br>• Make sure you have a strong internet connection.<br>• It's best if you can connect to a Wi-Fi network.<br>• If you don't have access to Wi-Fi, make sure you have a strong mobile data connection.<br><br>After you check your internet connection, try your download again. To get more help with connection problems, go to Fix internet connection problems on Android devices.<br><br>Source: https://support.google.com/googleplay/answer/7513003?hl=en#zippy=%2Ccheck-that-you-have-a-strong-wi-fi-or-mobile-data-connection |

| Claim Language | Evidence of Infringement |
|---|---|
| causing establishment of a direct communication link between the user device and a location hosting the particular one of the at least one selected application in response to an input received from the user device; and<br><br>causing initiation of a download of the particular one of the at least one selected application to the user device over the direct communication link. | <br>Source: Snapshots from hands-on testing on an Android smartphone. |

| Claim Language | Evidence of Infringement |
|---|---|
| | Google server stores applications that are displayed on the Play Store. When user provides any search query related to any app on the Play store from his device via the internet connection such as Wi-Fi or mobile data, a communication link between the Google server and user's device is created to provide the app from Google server to the user's device. After the application is displayed on the user's device, the user can click on the install button (causing initiation of a download of the particular one of the at least one selected application) displayed on the device to initiate the download of the application via the internet connection.<br><br>**Find & download apps or digital content**<br><br>1. On your device, open Google Play Store ▶ or visit the Google Play store ↗ on a web browser.<br>2. Search or browse for content.<br>3. Select an item.<br>4. Select **Install** or the item's price.<br>5. Follow the on-screen instructions to complete the transaction and get the content.<br><br>Source: https://support.google.com/googleplay/answer/113409?hl=en&ref_topic=2450266 |

| Claim Language | Evidence of Infringement |
|---|---|
|  | The user clicks on the install button ("causing initiation of a download") to initiate the downloading of the application on his device.  |

| Claim Language | Evidence of Infringement |
|---|---|
|  | Source: Snapshots from hands-on testing on an Android smartphone.<br><br>**Fix problems downloading apps from the Play Store**<br><br>Check that you have a strong Wi-Fi or mobile data connection<br><br>- Make sure you have a strong internet connection.<br>- It's best if you can connect to a Wi-Fi network.<br>- If you don't have access to Wi-Fi, make sure you have a strong mobile data connection.<br><br>After you check your internet connection, try your download again. To get more help with connection problems, go to Fix internet connection problems on Android devices.<br><br>Source: https://support.google.com/googleplay/answer/7513003?hl=en#zippy=%2Ccheck-that-you-have-a-strong-wi-fi-or-mobile-data-connection<br><br>**Google Uses About 900,000 Servers**<br><br>Source: https://medium.com/@aniereobisolo/how-fast-is-a-google-server-855fa5431813<br><br>**Fix: Google Play "Server Error" and "No Connection"**<br><br>Source: https://appuals.com/fix-google-play-server-error-no-connection/ |

15