# Exhibit 4

EVIDENCE OF USE FOR U.S. PATENT NO. 9,639,611

Title: System and method for providing suitable web addresses to a user device

Application No.: US 14/468,955

Filing Date: August 26, 2014

Issue Date: May 02, 2017

**Accused Product:**

OnePlus 10 Pro 5G



Source: https://www.oneplus.com/10-pro

## Evidence of Use

| Claim Language | Evidence of Infringement |
|---|---|
| 1. A method for providing a suitable web address to a user device, comprising:<br><br>receiving a query from the user device;<br><br>identifying at least one configuration parameter of the user device;<br><br>**Dependent Claim:**<br><br>*8. The method of claim 1, wherein the at least one configuration parameter includes any one of: a type of the user device, an operation system of the user device, a display size, a display type, rendering capabilities of the user device, and a list of applications locally installed on the user device.* | OnePlus smartphones (such OnePlus 10 pro) (user device) has pre-installed Google Search engine that takes into account the configuration parameter of the device to provide the most relevant results.<br><br>OnePlus 10 Pro 5G<br><br>Friday 19:30 December 17<br><br>Source: https://www.oneplus.com/10-pro<br><br>**Google:** Swipe right from the home screen to show the Google search bar and Discover.<br><br>Source: https://oneplussupport.s3.amazonaws.com/OnePlus+10+Pro/OnePlus+10+Pro+User+Manual-EN.pdf Page 16, 74 of 123 |

| Claim Language | Evidence of Infringement |
| --- | --- |
| US Patent No. 9,639,611 at col. 9, lines 61 - 65 | Source: https://www.google.com/search/howsearchworks/how-search-works/<br><br>Separate URLs<br><br>Source: https://developers.google.com/search/docs/advanced/guidelines/how-search-works |

| Claim Language | Evidence of Infringement |
| --- | --- |
| |  <br><br>Source: https://www.google.com/intl/en_in/search/howsearchworks/<br><br>Serving search results<br><br>Source: https://developers.google.com/search/docs/advanced/guidelines/how-search-works<br><br>Google Search deciphers the user's query using their language models and extracts the intent |

| Claim Language | Evidence of Infringement |
|---|---|
| determining a search intent based on the received query;<br><br>selecting at least one information resource from a plurality of information resources to serve the search intent;<br><br>identifying a web address for each of the at least one selected information resource; and | from the query. Then, Google Search accesses multiple web pages and databases ("plurality of information resources") to match up any content with a similar intent and presents it to the user. Once Google finds a suitable result to the user's query, it presents the user with the web page ("selected information resource") and its associated web address on the smartphone.<br><br>Meaning of your query<br><br>Source: https://www.google.com/search/howsearchworks/how-search-works/ranking-results/<br><br>How Google Search organises information<br><br>Source: https://www.google.com/search/howsearchworks/how-search-works/organizing-information/ |

| Claim Language | Evidence of Infringement |
|---|---|
| **Specification Support**:<br><br>*In S520, the search intent is determined, for example, by the IDU 140, as further described hereinabove with respect to FIG. 6. In S530, based on the search intent, one or more information resources that would appropriately serve the search intent are selected by the server 130. Such informa tion resources may be located in, but are not limited to, one or more user devices (e.g., the user devices 110), a web Source (e.g., the web source 160), a database (e.g., the database 150), or a combination thereof. Such information resources may be, but are* | How Google's<br>Knowledge Graph works<br><br>Source: https://support.google.com/knowledgepanel/answer/9787176 |

| Claim Language | Evidence of Infringement |
| --- | --- |
| *not limited to, applications (apps) installed in a user device (e.g., the user device 110) and applications executed in remote servers (e.g., web sources 160). In an embodiment, S530 may include searching for*<br><br>US Patent No. 9,639,611 at col. 6, lines 36 – 4 | Organising information by indexing<br><br>Source: https://www.google.com/search/howsearchworks/how-search-works/organizing-information/<br><br>Serving search results<br><br>Source: https://developers.google.com/search/docs/advanced/guidelines/how-search-works |

| Claim Language | Evidence of Infringement |
|---|---|
| | *Web Address*<br>Snapshots from hands-on testing on a Windows 10 Laptop<br>*Web Page ("selected information resource")* |

| Claim Language | Evidence of Infringement |
| --- | --- |
| modifying at least one identified web address to generate a suitable web address based on the identified web address, the search intent, and the at least one configuration parameter, wherein accessing the at least one information resource via the suitable web address allows optimal display of the information provided by the information resource on the user device. | In the 'Separate URLs' method, Google serves different websites ("modified web address") for the same content to different devices. This enables the user to always get the optimal display of the required information, adjusted according to their device's screen size.<br><br>*Source*: https://developers.google.com/search/mobile-sites/mobile-seo *Source*: https://developers.google.com/search/mobile-sites/mobile-seo *Source*: https://developers.google.com/search/mobile-sites/mobile-seo *Source*:<br><br>Source: https://developers.google.com/search/mobile-sites/mobile-seo<br><br>Source: https://developers.google.com/search/docs/beginner/seo-starter-guide |

| Claim Language | Evidence of Infringement |
| --- | --- |
| | Meaning of your query<br><br>Source: https://www.google.com/search/howsearchworks/how-search-works/ranking-results/<br><br>Serving search results<br><br>Source: https://developers.google.com/search/docs/advanced/guidelines/how-search-works |

| Claim Language | Evidence of Infringement |
| --- | --- |
| modifying at least one identified web address to generate a suitable web address based on the identified web address, the search intent, and the at least one configuration parameter, wherein accessing the at least one information resource via the suitable web address allows optimal display of the information provided by the information resource on the user | The desktop users are shown the webpage with URL **www.youtube.com**, whereas the mobile users are shown the webpage with URL **m.youtube.com**. Thus, the web address is modified to generate a suitable web address (as per the user's device) for optimal display of the information.<br><br>Separate URLs<br><br>Source: https://developers.google.com/search/mobile-sites/mobile-seo/separate-urls |

| Claim Language | Evidence of Infringement |
| --- | --- |
| device | Snapshots from hands-on testing on a Windows 10 Laptop<br><br>Snapshots from hands-on testing on an Android Smartphone |