IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HYPERQUERY, LLC,<br>    Plaintiff,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN CO., LTD.,<br>    Defendant | Civil Action No. 6:23-cv-00205<br><br>JURY TRIAL DEMANDED |

## NOTICE OF RELATED CASES

Please be advised that the attached "Exhibit A" contains all related cases. The cases are related by common entity, HyperQuery, LLC, and common patents.

    Respectfully submitted,

    */s/ William P. Ramey, III*
    William P. Ramey, III
    Ramey LLP
    Texas State Bar No. 24027643
    5020 Montrose Blvd., Suite 800
    Houston, Texas 77006
    (713) 426-3923 (telephone)
    (832) 900-4941 (fax)
    wramey@rameyfirm.com

    ***Attorneys for HyperQuery, LLC***