**EXHIBIT A**

| Case Title | Case Number | Court | Date Filed |
|---|---|---|---|
| HyperQuery, LLC v. HP, Inc. | 6:2023cv00006 | Texas Western District Court | 01/06/2023 |
| HyperQuery, LLC v. Samsung Electronics America | 6:2023cv00007 | Texas Western District Court | 01/06/2023 |
| HyperQuery, LLC v. ASUStek Computer, Inc. | 6:2023cv00178 | Texas Western District Court | 03/09/2023 |
| HyperQuery, LLC v. OnePlus Technology (Shenzhen) Co. Ltd. | 6:2023cv00205 | Texas Western District Court | 03/22/2023 |
| HyperQuery, LLC v. TCL Electronics Holdings, Ltd. | 6:2023cv00206 | Texas Western District Court | 03/22/2023 |
| HyperQuery, LLC v. ZTE Corporation | 6:2023cv00210 | Texas Western District Court | 03/22/2023 |